IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BECKY NELSON AND DON MILLS, | ) | |
| | ) | Civil Action Number |
| Plaintiffs, | ) | 3:12-cv-00033-TCB |
| | ) | |
| v. | ) | |
| | ) | |
| JANUS INTERNATIONAL ROLLING STEEL, LLC, AND JANUS INTERNATIONAL CORPORATION, | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Having considered the Parties' Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice in the above referenced action, and after reviewing all documents related to the settlement of this matter and being fully advised, this Court find that all matters in controversy and dispute between the Plaintiffs and Defendants have been fully settled. Therefore, it is:

**ORDERED AND ADJUDGED** that the Joint Motion for Approval of Settlement is **GRANTED** and this matter is hereby **DISMISSED** with prejudice.

**SO ORDERED** this 14th day of August, 2013.

_____                    _____
THE                                HONORABLE TIMOTHY C. BATTEN, SR.
JUDGE,                             UNITED STATES DISTRICT COURT